# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH WALKER,<br>20 E. 40th Street<br>Minneapolis, MN 55409<br><br>    Plaintiff,<br><br>  v.<br><br>NEW VENTURE FUND<br>1828 L Street, NW, Suite 300<br>Washington, DC 20036<br><br>SECURE DEMOCRACY<br>611 Pennsylvania Ave SE, #143<br>Washington, DC 20003<br><br>and<br><br>SECURE DEMOCRACY USA<br>611 Pennsylvania Ave SE, #143<br>Washington, DC 20003<br><br>    Defendants. | Civil Action No. 1:22-cv-3312-APM |

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE MOVE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, through their respective counsel, that defendants NEW VENTURE FUND's, SECURE DEMOCRACY's and SECURE DEMOCRACY USA's time to answer, move or otherwise respond to the Complaint in this case is extended up to and including March 24, 2023.

This Stipulation may be executed in counterparts and exchanged via facsimile or electronic mail and the facsimile or electronic copy of this Stipulation may be filed with the Court in lieu of the original.

PARLATORE LAW GROUP, LLP

By: ___/s/_____
   Jennifer Hoffpauir
   One World Trade Center, Suite 8500
   New York, NY 10007
   Tel. (212) 603-9918
   Fax (212) 202-4784

   W. Mark Lanier
   Zeke DeRose III
   Matt Przywara
   The Lanier Law Firm
   10940 W. Sam Houston Pkwy N.
   Suite 100
   Houston, TX 77064
   Tel. (713) 659-5200
   Fax (713) 659-2204

   K. Lawson Pedigo
   Miller, Keffer & Pedigo, PLLC
   3011 Monticello Avenue, Suite 480
   Dallas, TX 75205
   (214) 696-2050
   (214) 696-2482

*Attorneys for Plaintiff*

Dated: February 16, 2023

*Signed by Joseph E. Schuler with permission*

FISHER & PHILLIPS LLP

By: ___/s/_____
   Sarah K. Biran
   (D.C. Bar No. 465514)
   1401 New York, Ave, NW
   Suite 400
   Washington, DC 20005
   Tel. (202) 429-3708
   Fax (202) 978- 3788

*Attorneys for Defendant*
*Secure Democracy, USA*

Dated: February 16, 2023

FISHERBROYLES LLP

By:
___/s/_____
   Amy Epstein Gluck
   (D.C. Bar No. 453525)
   122 G. Street, NW, Suite 800
   Washington DC 20005
   Tel. (301) 526-1184

*Attorneys for Defendant*
*Secure Democracy*

Dated: February 16, 2023

*All signatures by Joseph E. Schuler with permission*

3

        JACKSON LEWIS P.C.

        By:
        \_\_\_/s/_____
          Joseph E. Schuler
          (D.C. Bar No. 296269)
          10701 Parkridge Blvd. Suite 300
          Reston VA 20191
          Tel. (703) 483-8300

        *Attorneys for Defendant*
        *New Venture Fund*

        Dated:  February 16, 2023

SO ORDERED:

Dated:  Washington, D.C.
       February \_\_\_, 2023

_____
AMIT P. MEHTA
UNITED STATES DISTRICT JUDGE