IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH WALKER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:22-cv-3312-APM |
| NEW VENTURE FUND, et al., | : |
| Defendants. | : |

## ORDER

**HAVING CONSIDERED** the parties' Joint Motion To Set Deadline For Plaintiff To File A First Amended Complaint And For Defendants To Answer, Move Or Otherwise Respond, and finding good cause shown, it is by this Court this _____ day of March, 2023,

**ORDERED**, that Plaintiff file her Amended Complaint, if any, on or before April 21, 2023, and

**FURTHER ORDERED**, that the Defendants respond to the Plaintiff's Complaint or Amended Complaint, as applicable, on or before June 2, 2023

**Amit P. Mehta**
United States District Judge

4867-4189-8585, v. 1