**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SARAH WALKER, | : |
| Plaintiff, | : |
| | : |
| v. | : |
| | : Civil Action No. 1:22-cv-3312-APM |
| NEW VENTURE FUND, et al., | : |
| | : |
| Defendants. | : |
| | : |
| | : |

## DECLARATION OF AMY EPSTEIN GLUCK, ESQ.

Pursuant to 28 U.S. Code § 1746, I, Amy Epstein Gluck, Esq., being duly sworn, do hereby declare as follows, under the penalty of perjury:

1. I am over the age of 18, am competent to make this declaration, and have personal knowledge of the facts set forth herein.

2. I am a partner with the law firm of FisherBroyles, LLP, counsel for Defendant Secure Democracy in the above-captioned action.

3. I provide this declaration in support of the Defendant Secure Democracy's Motion to Dismiss Plaintiff's Amended Complaint and Defendant Secure Democracy's Memorandum of Points and Authorities in Support of its Motion to Dismiss.

4. Attached hereto as Exhibit 4 is a true and correct copy of email, dated October 28, 2021, from Sarah Walker to Anthony Dale, subject: VRL Payroll Switch Confirmation.

5. Attached hereto as Exhibit 5 is a true and correct copy of email, dated November 3, 2021, from Sarah Walker to Heather Smith, Joseph E. Sandler, and Ryan Else, subject: From the Secure Democracy Board of Directors.

6.  Attached hereto as Exhibit 6 is a true and correct copy of email, dated November 4, 2021, from Anthony Dale to Sarah Walker, subject: Re: Our contract.

7.  Attached hereto as Exhibit 7 is a true and correct copy of email, dated November 9, 2021, from Sarah Walker to Heather Smith and Ryan Else, subject: Viability.

8.  Attached hereto as Exhibit 8 is a true and correct copy of email, dated November 11, 2021, from Sarah Walker to Secure Democracy personnel, with copies to Heather Smith and Ryan Else, subject: The Work Must Continue – Closing our Virtual Doors.

9.  Attached hereto as Exhibit 9 is a true and correct copy of email, dated November 16, 2021, from Sarah Walker to Heather Smith and Ryan Else, subject: Checking in.

Executed on June 2, 20223.


 /s/Amy Epstein Gluck
AMY EPSTEIN GLUCK, ESQ.

# Exhibit 4

**From:** Sarah Walker <sarah@secure-democracy.org>
**Subject: Fwd: VRL Payroll Switch Confirmation**
**Date:** October 28, 2021 at 11:02:42 AM EDT
**To:** Heather <heather@2hadvisors.com>

---

---------- Forwarded message ---------
From: **Sarah Walker** <sarah@secure-democracy.org>
Date: Thu, Oct 28, 2021 at 8:54 AM
Subject: Re: VRL Payroll Switch Confirmation
To: Anthony Dale <anthony@votingrightslab.org>

Good Morning Anthony,

Thank you for responding.   I have a few questions and outstanding concerns about your offer that I need to understand before I can make a decisions:

- If I am to be moved to the NVF payroll will this affect my position and/or my ability to do the work under the Secure Democracy Brand? I am concerned that moving me to NVF is not being used to retaliate against me for raising concerns about racial discrimination, pay equity discrimination and denial of benefits.
- What I have been told and what has been communicated to me through SD and NVF directly and indirectly is that to be compliant under the law with the level of political engagement and direct lobbying I and other Secure Democracy employees engage in daily that it is a necessity to be registered and under Secure Democracy.   If this is offered to other employees will they be able to engage in direct lobbying under the Secure Democracy Brand?
- Is this offer available and being made to other employees who split their time between NVF and Secure Democracy?  Specifically, will this offer be made to Nina and Carson who were not afforded the same opportunity of choice or access as Amanda and are not incidentally people of color without previous relationships with Sam or connected to everytown?  Will this offer be made to other employees who would certainly like similar access to the benefits they were promised?   A number of our employees who fall under my management and/or will as of Monday have expressed concerns and stated the importance of this matter.  In addition, we have multiple employees who have underlying health conditions and/or family planning who would like to understand this circumstance and who should similarly be given access to the benefits that they have been denied.

- I am currently the Lobbyist on record in our 23 states and overseeing.  This means that I am engaging in both direct lobbying and supervision of all political activities.  If I move to NVF will I have to de-register in all of these states?  Am I still able to engage in the day to day work essential to maintaining my role?  If not, does this also apply to Amanda?   I am very concerned that the decision made around Amanda jeopardizes both equity and compliance?  Given that lobbying and legal compliance is among the many areas that I am responsible for, I would like to know if we are in any jeopardy and if we are, then we should plan accordingly to ensure that Amanda is not involved in any activity that could be viewed or interpreted as lobbying or political activity?   Amanda is actively representing herself as Secure Democracy both privately and publicly and is this able to continue?   Doesn't this have reputational and compliance risks?
- If someone is listed on the Secure Democracy website can they still be 100% NVF?  If the answer is no, then will this impact my ability to manage or oversee the work of Secure Democracy?  Amanda was told and you confirmed to me in a telephone call that she would stay 100% NVF to allow her the privilege of having access to short and long term disability, but at least 50% of her time is spent on Secure Democracy business and engaging in direct lobbying including, supervising Jay, participating, planning and overseeing political meetings and events like NCSL reception for legislators?  Participating in lobbying calls and communication directly designed to influence legislators?
- What is the timeline for Secure Democracy to obtain short term and long term benefits?  Will these benefits be comparable benefits as was promised and advertised upon hire?  Are we taking any actions to ensure employees who were hired under the advertised and promised benefits to compensate for the many months without comparable benefits? Amanda and MKD also informed me that Secure Democracy benefits are unlikely to be as generous?  If this is the case, are we doing something to compensate for this given that we were hired under false pretense and denied this benefit and benefits are considered part of an overall compensation package?
- Are you anticipating that this change of employment status to NVF would be temporary or permanent?  Do you have an anticipated duration if it is temporary?

I am certain there are some questions I am neglecting at this time and may follow back up.  I want to reiterate that I am concerned that similar offers are not being made to employees equally and equitably?  I am concerned that of our recent new hires who are going to be under the Secure Democracy brand that they were not offered the same benefits package as similarly situated white employees and would like to understand how we are addressing this.  I would also like to understand if this is all legally possibly under lobbying compliance guidelines.  Finally, I want to be sure that this is not an attempt to remove me as the Secure Democracy Executive Director as a form of retaliation or effort to undermine my work and leadership?  I will be following momentarily with documentary evidence of the special accomodations afforded Amanda and denied Carson and Nina as new hires and that have not been offered throughout the organization.  These communications are directly from Amanda and were later confirmed by you and show a pattern of special and inequitable consideration that are additionally likely to jeopardize the organizational compliance and potentially pose reputational risk.

Please advise,

Sarah

On Thu, Oct 28, 2021 at 7:49 AM Anthony Dale <anthony@votingrightslab.org> wrote:
Good Morning Sarah,

I hope your doing well, I know the loss of a friend can be a lot.  I'm sorry to bother you but I wanted to follow-up on a conversation you and MKD had regarding your ask to move over 100% to the VRL payroll to qualify for short and long-term disability.

I would like to confirm if that is what you would like us to begin to process. If so I will make the appropriate adjustment with VRL.

Best,

Anthony

Tony Dale
Vice-President of Operations & Chief of Staff
202.317.0858

--

Sarah Walker
Executive Director
**Secure Democracy**
sarah@secure-democracy.org

--

Sarah Walker
Executive Director
**Secure Democracy**
sarah@secure-democracy.org

# Exhibit 5

From: Sarah Walker <sarahcwalker@gmail.com>
Subject: Re: From the Secure Democracy board of directors
Date: November 3, 2021 at 12:40:32 PM EDT
To: Heather Smith <heather@2hadvisors.com>
Cc: "Joseph E. Sandler" <sandler@sandlerreiff.com>, Ryan Else
<Ryancelse@gmail.com>

Heather,

I am relieved and appreciative of the offer to meet.  I agree that we should meet as soon as
possible.  I am available this afternoon until about 4pm eastern or Thursday afternoon. I think
my return flight lands around 10am in Minneapolis.  There are many things to work through
including our limited cash flow.  For discussion I would also like to add ensuring that the
employees of Secure Democracy are protected to the degree possible, sustainability, and whether
any possible agreement can be made with VRL to allow the work and collaboration to continue
within compliance standards.

Thursday may be better for a meeting because I could lay out an agenda and pressing issues
before the meeting to share it.  Right now, I really want to support the staff who have been very
confused and are a little scared.

Sarah

On Wed, Nov 3, 2021 at 11:40 AM Heather Smith <heather@2hadvisors.com> wrote: Sarah—I
think it would be advisable at this point for you to get on a call with me and SD's current
counsel Joe Sandler, so we can learn more about the steps that have been taken that impede
operations and to figure out who needs to be told what.  Let us know if you are available for a
call this afternoon.  In the meantime, please refrain from sending more emails to the other
employees, vendors, etc. until we can talk.

Thanks, Heather

---------- Forwarded message ---------
From: Heather Smith <heather@alliedadvisors.us>
Date: Wed, Nov 3, 2021 at 9:05 AM
Subject: From the Secure Democracy board of directors
To: Sarah Walker <sarahcwalker@gmail.com>, Megan Lewis <megan@votingrightslab.org>,
<anthony@votingrightslab.org>
Cc: Joseph E. Sandler <sandler@sandlerreiff.com>, Ryan Else <Ryancelse@gmail.com>

Sarah, Megan and Anthony:

The Board of Directors of Secure Democracy was not made aware of any of the actions taken
with respect to Sarah Walker before they were taken.  Megan had no legal authority to put Sarah
on administrative leave. No authorization to do so was sought or received from the Board.  The
Board's obligation is to ensure that Secure Democracy as an organization is

protected legally and can continue to operate to carry out its mission, while the various allegations are appropriately investigated and resolved.

Accordingly, the Board:

1.    Confirms that Sarah remains the Executive Director of Secure Democracy and is not on leave of any kind.
2.    Requires that Megan, Anthony and all of those with whom they work at Voting Rights Lab or elsewhere immediately restore Sarah's access to her email account, Google drive and corporate credit card and cease any other form of interference with the operations of Secure Democracy.
3.    Requires that Megan, Anthony and all of those with whom they work at Voting Rights Lab or elsewhere immediately refrain from accessing Sarah's mail account.
4.    Intends to have an independent investigation of Sarah's allegations promptly conducted by an outside firm, which will also interview and obtain information from everyone else involved in this dispute.

If you have any questions at all concerning the above, please contact us.

Sincerely,
Heather Smith, on behalf of the board of directors

--

Sarah C. Walker
cell: 612.220.2070
@sarahwalkermn
www.sarahcwalker.com

--

Sarah C. Walker
cell: 612.220.2070
@sarahwalkermn
www.sarahcwalker.com

# Exhibit 6

**From:** Anthony Dale <anthony@votingrightslab.org>
**Subject: Re: Our contract**
**Date:** November 4, 2021 at 5:10:47 PM EDT
**To:** Sarah Walker <sarahcwalker@gmail.com>
**Cc:** Ryan Else <ryan@brockhunterlaw.com>, Heather Smith
<heather@2hadvisors.com>, "Joseph E. Sandler" <sandler@sandlerreiff.com>,
Andrew Schulz <andrew@newventurefund.org>

From my understanding he has done this already. I will confirm and let you know shortly.

On Thu, Nov 4, 2021 at 3:35 PM Sarah Walker <sarahcwalker@gmail.com> wrote:

No, the other items are apparently on Ezra's list.

On Thu, Nov 4, 2021 at 2:22 PM Ryan Else <ryan@brockhunterlaw.com> wrote:

Sarah, does this resolve all of the technological issues? We want to ensure you are back to full operating capabilities, so please let us know if there are other technical issues to address. Thank you.

On Thu, Nov 4, 2021 at 2:10 PM Sarahcwalker <sarahcwalker@gmail.com> wrote:

I just received it

Sarah C. Walker
(612) 220-2070
@sarahwalkermn

On Nov 4, 2021 at 2:02 PM, <Anthony Dale> wrote:

I just sent it to your personal email to ensure it was not shared with the group.

Please confirm you have received it and can access your account and drive.

On Thu, Nov 4, 2021 at 3:01 PM Sarah Walker <sarahcwalker@gmail.com> wrote:

Anthony,

My password has been changed. I do not know what it is if my access is restored. Could you please let me know the password.

Sarah

On Thu, Nov 4, 2021 at 1:58 PM Anthony Dale <anthony@votingrightslab.org>
wrote:
> Good Afternoon Heather,
>
> Ezra shared this note with me. I restored Sarah's access to her files and email after
> receiving your message yesterday--she has had full access to her files since 12:01
> pm yesterday. I apologize if that was not communicated to you. I will send the
> password again to Sarah via her personal account to ensure she gets in.
>
> Also, I would like to transfer the administrative control over to someone at Secure
> Democracy. I shared an email yesterday with Sarah asking for a letter to request
> that access and with the designated person. I can make that happen as soon as I
> have the letter.
>
> Thank you for helping resolve this matter.
>
> Best,
>
> Anthony

On Thu, Nov 4, 2021 at 2:49 PM Ezra Billinkoff <ezra@lefthandstrategies.com>
wrote:

> ---------- Forwarded message ---------
> From: **Heather Smith** <heather@2hadvisors.com>
> Date: Thu, Nov 4, 2021 at 2:18 PM
> Subject: Re: Our contract
> To: <ezra@lefthandstrategies.com>
> Cc: Ryan Else <ryan@brockhunterlaw.com>, Joseph E. Sandler
> <sandler@sandlerreiff.com>, Sarah Walker <sarahcwalker@gmail.com>
>
>
> Hello, Ezra.
>
> Looping Secure Democracy board members and counsel here.
>
> It is critical for the work of Secure Democracy that Sarah Walker be restored
> access to her email and hard drive immediately and no later than end of day
> today.
>
> Is this something you are able to do? If not, can you please advise on who can?
>
> We appreciate your help and attention to this matter.
>
> Thank you,

Heather Smith, on behalf of the Secure Democracy board of directors

On Nov 4, 2021, at 2:05 PM, Sarah Walker <sarahcwalker@gmail.com> wrote:


---------- Forwarded message ---------
From: **Ezra Billinkoff** <ezra@lefthandstrategies.com>
Date: Thu, Nov 4, 2021 at 1:02 PM
Subject: Our contract
To: Sarah Walker <sarah@secure-democracy.org>, <sarahcwalker@gmail.com>


Hi Sarah,

Thanks for reaching out yesterday. I hope you've been able to gain access to what you need for the time being. I am so sorry to hear about all that's happening, especially on the heels of your friend's passing. I've been thinking about you non-stop.

As I hope you know, I truly cherish working with you. I have learned so much from you in our time collaborating -- from strategy implementation to team management and everything in between.

Unfortunately, because of my conflict of interest policy, I'll need to terminate Left Hand Strategies' contract with Secure Democracy. You should consider this email notice of my intention to terminate, with a final effective date of December 4, 2021.

I'd like to spend next week ensuring you have access to everything you need that I currently maintain ownership over:

- SD Website
- SD Domain
- Facebook Ad Account
- Ad Creative
- Branding Assets
- Document Design Files
- Anything else?

I'd also be happy to send you a list of well regarded consultants and freelancers who could potentially come on to assist with SD's work going forward, if you're interested.

Let me know if you'd like to set up time to talk through these items and how best to transfer them over to you (or anyone else you designate). Otherwise, I'll just proceed on Monday to share access with your email account.

Thank you for everything. Wishing you the absolute best.

Yours,
Ezra


--
EZRA BILLINKOFF
He / Him / His
ezra@lefthandstrategies.com
917.224.2632


--




Sarah C. Walker

cell: 612.220.2070

@sarahwalkermn

www.sarahcwalker.com




--
EZRA BILLINKOFF
He / Him / His
ezra@lefthandstrategies.com
917.224.2632


--



**Anthony Dale**

Vice-President of Operations & Chief of Staff
anthony@votingrightslab.org | 202.746.3486


--

Sarah C. Walker

cell: 612.220.2070

@sarahwalkermn

www.sarahcwalker.com

--

**Anthony Dale**

Vice-President of Operations & Chief of Staff

anthony@votingrightslab.org | 202.746.3486

--
Sincerely,

Ryan Else
Associate Attorney
Law Office of Brockton D. Hunter, P.A.
3201 Hennepin Avenue South
Minneapolis, MN 55408
Phone: 612-874-1625
Fax: 612-677-3340
www.brockhunterlaw.com



*This message contains confidential information and may contain information that is protected by the attorney-client or other legal privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If*

*you have received this electronic mail transmission in error, you are hereby notified that reading, disseminating, distributing, or copying this message is strictly prohibited. If you have received this message by mistake, please immediately delete it from your system without copying it, and notify the sender by replying to the message or by calling 612-874-1625. Thank you.*

--

Sarah C. Walker

cell: 612.220.2070

@sarahwalkermn

www.sarahcwalker.com

--



**Anthony Dale**

Vice-President of Operations & Chief of Staff

anthony@votingrightslab.org | 202.746.3486

# Exhibit 7

**From:** Sarah Walker <sarah@secure-democracy.org>
**Subject: Viability**
**Date:** November 9, 2021 at 7:31:06 AM EST
**To:** Heather <heather@2hadvisors.com>, Ryan Else <ryancelse@gmail.com>

---

Dear Board,

After evaluating our cash-on-hand, out-standing invoices, payroll and future liabilities it is clear that without an injection of cash Secure Democracy is not viable. Outstanding financial commitments include, but are not limited to:

- Contracts: The bulk of our liabilities are in communications contractors and lobbyists, The associated monthly cost top 200k.

- Payroll estimate is about 40k per month.

- Outstanding invoices are over 200k.

- MIscellaneous / Travel are probably 50k

All of our outstanding contracts should have 30 day out clauses. A few contracts are up for renewal. My recommendation is that we let contracts up for renewal expire and notify each contractor that we are terminating their contracts with the 30 day out provisions. If we do not do this by the end of November we will incur more liabilities. As it stands we are not going to be able to pay our outstanding liabilities through the end of the year. I anticipate that we will be almost 300k above our cash-on-hand with no anticipated revenue.

I would recommend letting the Secure Democracy employees know that this is the plan and allow them to use the remainder of November to exit contract relationships in the best possible manner and make decisions about their future.

Sarah

--

Sarah Walker
Executive Director
**Secure Democracy**
sarah@secure-democracy.org

# Exhibit 8

**From:** Sarah Walker <sarah@secure-democracy.org>
**Subject: The Work Must Continue - Closing our Virtual Doors**
**Date:** November 11, 2021 at 5:42:06 PM EST
**To:** Kay Cook <kay@secure-democracy.org>, Charley Olena <charley@secure-democracy.org>, Maya Ingram <maya@secure-democracy.org>, Diego <diego@secure-democracy.org>
**Cc:** Heather <heather@2hadvisors.com>, Ryan Else <ryancelse@gmail.com>

Dear Secure Democracy Regional Directors,

It is with great sadness that I am writing to inform you that due to financial limitations Secure Democracy is beginning the process of closing our virtual doors. This means that we need to begin the process of sending contract cancellations to lobbying and communication firms. Contract cancellations will need to be sent before Thanksgiving.

I want each of you to take ownership of your states and relationships where you feel comfortable. I want to make sure each of you have an opportunity to manage the relationships w. If there are unique circumstances that require more time for you to manage those relationships please give me a call to discuss those and I will address those cases individually. Given the aforementioned, it also means that I will not be approving or taking on additional contracts at this time. If you do not feel comfortable, I am happy to step in and manage any process.The only remaining travel scheduled for November is to Georgia. We will fulfill that obligation and then all Secure Democracy related travel should cease.

You have all done a truly amazing job of managing these relationships and developing deep trust with our lobbyists and communications contractors. I know this is difficult, but I have no doubt that you will handle this with aplomb.

I will be checking in with each of you to answer any questions and offer suggestions on how to talk to each of your contractors. I am not sending out tal*king points because each case is very different. **Overall I think the message should be simple, "The employees of Secure Democracy are all moving to a new home. We have enjoyed our relationship and would really love to keep you on board at our new home. Our commitment to bi-partisan work, incremental reform, and strategic approaches to legislative advocacy will remain the same."** If you receive more questions I would say that the decision was made for many reasons including managing rapid growth, considerations for long-term

stability and operational streamlining.

It is my understanding that each of you have full-time job offers and I look forward to seeing you continue your remarkable and tireless efforts to protect our democratic institutions. My recommendation is that you make your last official day at Secure Democracy November 30, 2021. This will allow you time to wrap things up and deal with any administrative formalities related to job offers and transferring information. Of course, the decision on your last day is up to you.

Each of you bring unique talents to the work and have played a critical role in protecting our democracy. It has been my privilege to know you and work with you. I believe that you are the most talented group working in state legislatures.

Charley & Kay, given your managerial roles I think it makes the most sense to share this information with Carson and Abbey and work with them to determine their last days.

I am truly heart-broken, but I have the utmost confidence in your abilities and resilience. I will call each of you tomorrow.

With deep gratitude,

Sarah


--


Sarah Walker
Executive Director
**Secure Democracy**
sarah@secure-democracy.org

Exhibit 9

**From:** Sarah Walker <sarah@secure-democracy.org>
**Subject: Checking In**
**Date:** November 16, 2021 at 1:26:02 PM EST
**To:** Heather <heather@2hadvisors.com>, Ryan Else <ryancelse@gmail.com>

Hi Heather and Ryan,

I am just checking in on the dissolution of Secure Democracy. Here are my updates.

- The Regional Directors' last day is the 30th of November
- Both the Regional Director's and I are de-registering as lobbyists in all of the SD states. Regional Director's should have this all completed by Thursday, mine are getting done as well, but because I am the principal it requires the Regional Directors to complete them first.
- By EOD of Thursday all of our lobbyists and contractors will have been notified that we are using our 30 day out clauses and terminating their registration. This has given the Regional Directors some time to have conversations and make adjustments as they transition to full time employment with the Voting Rights Lab.
- Kay and I are wrapping up our final lobbying trip and just finished with Sec of State Raffensberger. There is a final dinner tonight and then we should close down the Amex Card.
- All SD employees with Amex Cards have submitted their receipts to our accounting firm. This should be completed by the EOW.
- As you know, we still have many outstanding invoices and will have them through the month of December. From our last brief conversation it sounded like you have that covered.
- Our website is set to expire in January
- Our G-Suite will expire in January
- Most Regional Director's are taking Thanksgiving week off and will be out of the office for all of next week which is why we are rushing to get through all of this before EOW.

I am sure there are a few things I am forgetting, but I thought it was important to keep you updated and to see where things are at your end.

Sarah

--

Sarah Walker
Executive Director

**Secure Democracy**
[sarah@secure-democracy.org](mailto:sarah@secure-democracy.org)