AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**District of** Columbia

| | |
|---|---|
| Sarah Walker<br>Plaintiff (s),<br>V.<br>New Venture Fund et al<br>Defendant (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 22-cv-03312(APM) |

Notice is hereby given that, subject to approval by the court, __Sarah Walker__ substitutes
(Party (s) Name)

__Timothy C. Parlatore__, State Bar No. __NY-4679429__ as counsel of record in
(Name of New Attorney)

place of __Jennifer Hoffpauir__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name:	Parlatore Law Group, LLP
Address:	260 Madison Ave., 17th Floor, New York NY 10016
Telephone:	212-679-6312	Facsimile	212-202-4787
E-Mail (Optional):	timothy.parlatore@parlatorelawgroup.com

I consent to the above substitution.
Date: 03 / 28 / 2024

Sarah Walker
(Signature of Party (s))

I consent to being substituted.
Date: 03 / 28 / 2024

Jennifer Hoffpauir
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/28/2024

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____	_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

Doc ID: 1acf993eb30d0ed5ceea62ca44504508a399c282

 Audit trail

| | |
|---|---|
| Title | Substitution of Attorney.pdf |
| File name | Substitution%20of%20Attorney.pdf |
| Document ID | 1acf998eb30d0ed5ceea62ca44504508a399c282 |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

This document was requested from app.clio.com

## Document History

**SENT**  
**03 / 28 / 2024**  
19:31:03 UTC  
Sent for signature to Sarah Walker (sarahcwalker@gmail.com) and Jennifer Hoffpauir (jjhoffpauir@gmail.com) from timothy.parlatore@parlatorelawgroup.com  
IP: 50.186.241.173

**VIEWED**  
**03 / 28 / 2024**  
19:33:01 UTC  
Viewed by Sarah Walker (sarahcwalker@gmail.com)  
IP: 174.20.254.78

**SIGNED**  
**03 / 28 / 2024**  
19:34:14 UTC  
Signed by Sarah Walker (sarahcwalker@gmail.com)  
IP: 174.20.254.78

**VIEWED**  
**03 / 28 / 2024**  
19:36:42 UTC  
Viewed by Jennifer Hoffpauir (jjhoffpauir@gmail.com)  
IP: 69.255.30.113

**SIGNED**  
**03 / 28 / 2024**  
19:39:33 UTC  
Signed by Jennifer Hoffpauir (jjhoffpauir@gmail.com)  
IP: 69.255.30.113

**COMPLETED**  
**03 / 28 / 2024**  
19:39:33 UTC  
The document has been completed.

Powered by Dropbox Sign