IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH WALKER, <br><br>         Plaintiff, <br><br> v. <br><br> NEW VENTURE FUND, et al., <br><br>         Defendants. | Civil Action No. 1:22-cv-3312-APM |

## DEFENDANT SECURE DEMOCRACY'S MOTION FOR SUMMARY JUDGMENT

Defendant Secure Democracy hereby moves for summary judgment pursuant to Federal Rule of Civil Procedure 56 and LCvR 7(h).  In support of its Motion, Defendant relies upon the accompanying Memorandum of Law in Support, Statement of Undisputed Material Facts, and exhibits thereto, the contents of which are incorporated by reference herein. Defendant additionally expressly incorporates Defendant New Venture Fund's Motion to Dismiss the Remaining Counts of Plaintiff's Complaint and Defendant SD USA's Motion for Summary Judgment in support of this Motion.

Dated: July 29, 2025

                                                      Respectfully Submitted,

                                                      /s/ Amy Epstein Gluck
                                                      Amy Epstein Gluck (DC Bar No. 453525)
                                                      Pierson Ferdinand LLP
                                                      601 Pennsylvania Ave., NW, Suite 900
                                                      Washington, DC 20004
                                                      Mail:  P.O. Box 288
                                                      Cabin John, MD 20818-0288
                                                      Tel: 301.526.1184
                                                      Amy.EpsteinGluck@pierferd.com

                                                      *Counsel for Defendant Secure Democracy*

## CERTIFICATE OF SERVICE

    I, Amy Epstein Gluck, certify that on July 29, 2025, I caused the foregoing to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served on all attorneys of record registered with the Court's ECF/CM system.

/s/ Amy Epstein Gluck<br>
Amy Epstein Gluck (DC Bar No. 453525)